UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| LYNN JUSTINAK, as personal representative of the Estate of Ryan Alessandroni<br>          Plaintiff,<br><br>-v-<br><br>JACLYN E. KASS and<br>STEPHANIE R. DENNOCENZO,<br>          Defendants. | No. 2:20-cv-1<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 17, 2023                     /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge